UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

William Phillips

    v.

                                    Civil No. 00-455-M
                                    Opinion No. 2001 DNH 005X

James O'Mara, Superintendent,
Hillsborough County House
    of Corrections, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 29, 2000. In accordance with that recommendation, the complaint is dismissed. This dismissal counts as a strike against the plaintiff under 28 U.S.C. § 1915(g).

**SO ORDERED.**

                                  Steven J. McAuliffe
                                  United States District Judge

January 5, 2001

cc:  William Phillips
      Carolyn M. Kirby, Esq.
      Donald E. Gardner, Esq.